OPTIONAL FORM NO 10
MAY 1962 EDITION
GSA FPMR (41 CRF) 101-11.6

**UNITED STATES GOVERNMENT**

FILED

2008 JUL -1 PM 1:44

2008 JUN 23 PM 12:07

# *MEMORANDUM*

U.S. DISTRICT COURT
FOR THE NORTHERN DISTRICT
OF INDIANA

BY

June 18, 2008

08 CR 7034-IEG

**TO:** **Clerk, U.S. District Court**
**102 Robert A. Grant Federal Bldg.**
**204 South Main Street**
**South Bend, IN 46601**

**FROM:** U.S. Probation Office
San Diego, California

RE: STEWART, Charles E.
Dkt. No: 0755 3:98CR00046-1

Attached are two signed copies of Probation Form 22 accepting transfer of jurisdiction of the above-named supervised releasee for transfer of the court file to our district. The file should contain a filed copy of the Form 22.

Thank you for your assistance.

/mq
Enclosures: Prob. 22 (1 original; 1 copy)

PROB 22
Rev. 05/04

FILED

# TRANSFER OF JURISDICTION

2008 JUN 23 PM 12:07

08 MAY 21 AM 9:29

DOCKET NUMBER *(Tran. Court)*
0755 3:98CR00046-1

DOCKET NUMBER *(Rec. Court)*

NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE

Charles E Stewart
101 West Broadway, Suite 700
San Diego, CA 92101-7991

STEPHEN R. LUDWIG, CLERK
U.S. DISTRICT COURT
FOR THE NORTHERN DISTRICT
OF INDIANA

DISTRICT
Northern District Of Indiana

DIVISION
South Bend

NAME OF SENTENCING JUDGE
Honorable Allen Sharp

DEPUTY

| DATES OF PROBATION/ SUPERVISED RELEASE | FROM | TO |
|---|---|---|
| | 03/16/2007 | 03/15/2011 |

OFFENSE
CONTROLLED SUBSTANCE - SELL - DISTRIBUTE - OR DISPENSE 21 USC 841(a)(1) and (b)(1)(A)

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE Northern District Of Indiana

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or or supervised releasee named above be transferred with the records of this Court to the United States District Court for the Southern District of California [San Diego] upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

4/14/08
*Date*

[signature]
*United Sates District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE Southern DISTRICT OF California

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

5/16/08
*Effective Date*

[signature]
*United States District Judge*

CT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
I Certify that the foregoing is a true copy of the original on file in this court and cause.
STEPHEN R. LUDWIG, CLERK
DEPUTY CLERK
Date 6-25-08

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

---

UNITED STATES OF AMERICA

v.

CHARLES EUGENE STEWART (01)
(Name of Defendant)

JUDGMENT IN A CRIMINAL CASE

Cause No. 3:98cr0046AS

Joseph F. Rubin
Defendant's Attorney

THE DEFENDANT:
X pleaded guilty to count 1 .

Accordingly, the defendant is adjudged guilty of such count(s), which involve the following offenses:

| Title & Section | Nature of Offense | Date Offense Concluded | Count No(s). |
|---|---|---|---|
| 21:841(a)(1) | Possession with Intent to Distribute | 2/99 | 1 |

Defendant is sentenced as provided in pages 2 through 4 of this Judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

X Count 2 is dismissed on motion of the United States.

X It is ordered that defendant shall pay to the United States a special assessment of $ 100.00, for Count 1 which shall be due **immediately** as follows: payable to Clerk, U.S. District Court, 102 Federal Bldg., 204 S. Main St., South Bend, Indiana 46601. It is further ordered that the defendant shall notify the Clerk, of the United States District Court for this district within 30 days of any change of name, residence or mailing address until all fines, restitution, costs, and special assessments imposed by this Judgment are fully paid.

Defendant's Soc. Sec. Number:
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

October 8, 1999
**Date of Imposition of Sentence**

Defendant's Date of Birth:
June 6, 1973

**Allen Sharp, Judge**
**United States District Court**

Defendant's Mailing Address:
St. Joseph County Jail
129 South Main Street
South Bend, IN 46601

Defendant's Residence Address:
4175 Wabash St., Apt #5
San Diego, CA 92104

October 8, 1999
**Date**

Defendant: STEWART, CHARLES EUGENE
Case No: 3:98cr0046AS(01)



## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of One Hundred Twenty One (121) months with the defendant to receive credit for time served since February 8, 1999.

_X_ The Court makes the following recommendations to the Bureau of Prisons: That the defendant participate in a Drug Rehabilitation Program.

_X_ The defendant is remanded to the custody of the U.S. Marshal.

## RETURN

I have executed this Judgment as follows:

______________________________________________

______________________________________________

__________________________________________

Defendant delivered on ______________ to ______________________________
at ______________________________, with a certified copy of this Judgment.

______________________________
**United States Marshal**

By______________________________
**Deputy Marshal**

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of Four (4) years.

While on supervised release, the defendant shall not commit another federal, state, or local crime and shall not illegally possess a controlled substance. The defendant shall comply with the standard conditions that have been adopted by this court. If this judgment imposes a restitution obligation, it shall be a condition of supervised release that the defendant pay any such restitution that remains unpaid at the commencement of the term of supervised release. The defendant shall comply with the following additional conditions:

X The defendant shall report in person to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

X The defendant shall not possess a firearm or destructive device.

X Defendant shall submit to one drug urinalysis within 15 days after being placed on supervision and at least two periodic tests thereafter.

X The defendant shall participate in a drug aftercare treatment program under a co-payment plan which may include urine testing at the direction and discretion of the probation officer. As part of the co-payment program, the defendant will be held responsible for 3% per $100 of his net wages as determined by the probation office. If the defendant is unemployed or receiving public assistance, the defendant will be held responsible for a co-payment of $10.00 per month. Payments are to be made on a per visit basis.

## STANDARD CONDITIONS OF SUPERVISION

While defendant is on probation or supervised release pursuant to this Judgment, the defendant shall not commit another Federal, State or local crime. In addition:

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;
2) the defendant shall report to the probation officer as directed by the court or probation officer and shall submit a truthful and complete written report within the first five days of each month;
3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.
4) the defendant shall support his or her dependents and meet other family responsibilities;
5) the defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons;
6) the defendant shall notify the probation officer within 72 hours of any change in residence or employment;
7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician;
8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9) the defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do by the probation officer;
10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the probation officer;
11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;
13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

TERMED

# U.S. District Court Northern District of Indiana [LIVE]
# USDC Northern Indiana (South Bend)
# CRIMINAL DOCKET FOR CASE #: 3:98-cr-00046-AS-1
# Internal Use Only

Case title: USA v. Stewart

Date Filed: 09/11/1998
Date Terminated: 10/08/1999

---

Assigned to: Judge Allen Sharp

**Defendant (1)**

**Charles Eugene Stewart**
*TERMINATED: 10/08/1999*

represented by **Anthony D Kowals**
Attorney at Law
419 W Jefferson Blvd
South Bend, IN 46601
574-234-6061
Fax: 574-234-0772
Email: akowals@hotmail.com
*TERMINATED: 04/16/1999*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**Joseph F Rubin**
202 Lincolnway E
Mishawaka, IN 46544-1902
574-259-2805
Fax: 574-257-9120
*TERMINATED: 10/08/1999*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
I Certify that the foregoing is a true copy of the original on file in this court and cause.
STEPHEN R. LUDWIG, CLERK
By [signature]
DEPUTY CLERK
Date 6-25-08

**Pending Counts**

21:841(a)(1) SELL, DISTRIBUTE, OR DISPENSE

**Disposition**

COCAINE BASE (SCHEDULE II CONTROLLED SUBSTANCE)
(1)

121 months imprisonment, 4 years supervised release, $100 special assessment fee

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**

21:841(a)(1) SELL, DISTRIBUTE, OR DISPENSE COCAINE BASE (SCHEDULE II CONTROLLED SUBSTANCE)
(2)

**Disposition**

Count 2 dismissed pursuant to plea agreement

**Highest Offense Level (Terminated)**

Felony

**Complaints**

None

**Disposition**

---

**Plaintiff**

**United States of America** represented by **William T Grimmer - AUSA**
US Attorney's Office - SB/IN
M01 Federal Building
204 S Main Street
South Bend, IN 46601-2191
574-236-8287 Ext 124
Fax: 574-236-8155
Email: william.grimmer@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|

| | | |
|---|---|---|
| 09/11/1998 | 1 | INDICTMENT by USA. Counts filed against Charles Eugene Stewart (1) count(s) 1-2 (smp) Modified on 03/05/1999 (Entered: 03/05/1999) |
| 09/11/1998 | 2 | PRAECIPE FOR WARRANT: by plaintiff USA (smp) (Entered: 03/05/1999) |
| 09/11/1998 | | ARREST Warrant issued for Charles Eugene Stewart by Mag Judge Robin D. Pierce (smp) (Entered: 03/05/1999) |
| 09/11/1998 | 3 | MOTION to seal case by USA as to Charles Eugene Stewart (smp) (Entered: 03/05/1999) |
| 09/11/1998 | 4 | ORDER by Mag Judge Robin D. Pierce [3-1] granting motion to seal case regarding Charles Eugene Stewart (cc: all counsel) (smp) (Entered: 03/05/1999) |
| 09/11/1998 | | (Court only) Docket Modification (Utility) addiing procedural interval PO (smp) (Entered: 03/05/1999) |
| 02/16/1999 | 5 | RULE 40 removal hearing waived by defendant Charles Eugene Stewart (smp) (Entered: 03/05/1999) |
| 02/16/1999 | | ARREST of defendant Charles Eugene Stewart on 2/16/99 (smp) (Entered: 03/05/1999) |
| 03/04/1999 | 7 | INITIAL APPEARANCE of Charles Eugene Stewart on 3/4/99 before Mag Judge Robin D. Pierce appearance of Charles Eugene Stewart without counsel; dft advised of constitutional rights; advised of possible imprisonment of life and/or $8 million fine, supervised release of 10 yrs and special assessment in the amount of $200; Court may appoint counsel with dft to pay $2000.00 of attorney fees; Dft to retain counsel; Dft remanded to the custody of USM; detention hearing set for 3:00 3/5/99 for Charles Eugene Stewart before Mag Judge Robin D. Pierce (Tape #5197) (slm) Modified on 03/05/1999 (Entered: 03/05/1999) |
| 03/04/1999 | 8 | ORDER of Temporary Detention by Mag Judge Robin D. Pierce (cc: all counsel) (slm) (Entered: 03/05/1999) |
| 03/05/1999 | 6 | RULE 40 Documents received from Southern District of California Case # 99mg0364 as to defendant Charles Eugene Stewart (received from AUSA) (smp) (Entered: 03/05/1999) |
| 03/05/1999 | 9 | MINUTES of Hearing held on 3/5/99 before Mag Judge Robin D. Pierce Dft is GRANTED court appointed counsel with dft to pay $2000.00 to attorney fees; detention hearing continued at defendants request to 9:30 3/11/99 for Charles Eugene Stewart |

| | | |
|---|---|---|
| | | before Mag Judge Robin D. Pierce (slm) (Entered: 03/05/1999) |
| 03/05/1999 | 10 | CJA Form 23 (Financial Affidavit) as to Charles Eugene Stewart (slm) (Entered: 03/05/1999) |
| 03/05/1999 | 11 | ORDER of Temporary Detention by Mag Judge Robin D. Pierce (cc: all counsel) (slm) (Entered: 03/05/1999) |
| 03/05/1999 | 12 | ORDER by Mag Judge Robin D. Pierce granting dfts motion for appointment of counsel, with defendant required to deposit with the Clerk of the Court $2,000.00 as partial payment of attorney fees within 14 days of the date of this order (cc: all counsel) (slm) (Entered: 03/05/1999) |
| 03/05/1999 | 13 | CJA Form 20 Copy 4 (Appointment of Counsel) Attorney Anthony D Kowals for defendant Charles Eugene Stewart (slm) (Entered: 03/05/1999) |
| 03/11/1999 | 14 | DETENTION HEARING HELD on 3/11/99 before Mag Judge Robin D. Pierce; Defendant Charles Stewart present with counsel Anthony Kowals; Government presents evidence and rests; Defendant proffers evidence; Motion by government for detention is GRANTED; Defendant is remanded to custody of USM; Court Reporter G. Sones (Holle & Assoc); (Tape #5197) (slm) (Entered: 03/11/1999) |
| 03/11/1999 | | EXHIBITS located with file by plaintiff USA (slm) (Entered: 03/11/1999) |
| 03/12/1999 | 15 | NOTICE: before Judge Allen Sharp ;arraignment set for 2:15 3/26/99 for Charles Eugene Stewart (cc: all counsel) (saj) (Entered: 03/12/1999) |
| 03/16/1999 | 16 | ORDER of Detention by Mag Judge Robin D. Pierce as to Charles Eugene Stewart (cc: all counsel,USPO,USM) (slm) (Entered: 03/16/1999) |
| 03/26/1999 | 17 | ARRAIGNMENT: before Judge Allen Sharp dft Charles Eugene Stewart arraigned; NOT GUILTY plea entered by Court; Counsel for deft states deft Stewart wishes new counsel; therefore, this court now resets the arraignment for 1:00 4/9/99 for Charles Eugene Stewart; Deft to find retained counsel by 4/9/99; Deft remanded to USM. (saj) (Entered: 03/26/1999) |
| 03/29/1999 | 18 | MOTION to continue arraignment set for 4/9/99 by Charles Eugene Stewart (smp) (Entered: 03/30/1999) |
| 03/30/1999 | 19 | ORDER by Judge Allen Sharp granting motion to continue |

| | | |
|---|---|---|
| | | arraignment set for 4/9/99 [18-1] ;arraignment re-set for 12:45 4/16/99 for Charles Eugene Stewart (cc: all counsel) (smp) (Entered: 03/31/1999) |
| 04/16/1999 | | (Court only) - Withdrawing attorney Anthony D Kowals for Charles Eugene Stewart (saj) (Entered: 04/19/1999) |
| 04/16/1999 | 20 | APPEARANCE for defendant Charles Eugene Stewart by Attorney Joseph F Rubin (saj) (Entered: 04/19/1999) |
| 04/16/1999 | 21 | ARRAIGNMENT: before Judge Allen Sharp dft Charles Eugene Stewart arraigned; NOT GUILTY plea entered; ;pretrial motions due on 5/17/99 for Charles Eugene Stewart - Govt to respond by 6/7/99 ;jury trial set for 1:30 7/19/99 for Charles Eugene Stewart; Deft remanded to USM; Atty Kowals withdrawn as counsel for deft (saj) (Entered: 04/19/1999) |
| 06/29/1999 | 22 | NOTICE: before Judge Allen Sharp ;change of plea hearing set for 1:30 7/8/99 for Charles Eugene Stewart (cc: all counsel) (saj) (Entered: 06/29/1999) |
| 07/08/1999 | 23 | HEARING: before Judge Allen Sharp; Oral motion from deft counsel to withdraw - Court denies and states that the jury trial currently set at 1:30 p.m. on 7/19/99 will go as scheduled; Deft remanded to USM (saj) (Entered: 07/08/1999) |
| 07/08/1999 | 24 | NOTICE of Intent to Seek Enhancement by plaintiff USA filed in open court on 7/8/99 (saj) (Entered: 07/08/1999) |
| 07/12/1999 | 25 | PLEA Agreement as to Charles Eugene Stewart (saj) (Entered: 07/12/1999) |
| 07/12/1999 | 26 | CHANGE OF PLEA: before Judge Allen Sharp guilty plea entered as to count 1 to which court accepted; ; jury trial set for 7/19/99 is now VACATED for Charles Eugene Stewart ;sentencing set for 1:30 10/8/99 for Charles Eugene Stewart; Deft was sworn & advised of Const. Rights first; Matter referred to USPO for PSI; Deft remanded to USM (saj) (Entered: 07/12/1999) |
| 10/06/1999 | 27 | MOTION for order recommending that defendant be allowed to participate in Drug Rehab Program by Charles Eugene Stewart (smp) (Entered: 10/07/1999) |
| 10/08/1999 | 28 | SENTENCING: before Judge Allen Sharp granting motion for order recommending that defendant be allowed to participate in Drug Rehab Program [27-1] sentencing Charles Eugene Stewart |

| | | |
|---|---|---|
| | | (1) count 1. 121 months imprisonment with credit for time served since 2/8/99, 4 years supervised release, $100 special assessment fee ; dismissing count as to Charles Eugene Stewart (1) count 2; PSI ordered sealed; Defendant remanded to USM (saj) (Entered: 10/12/1999) |
| 10/08/1999 | 29 | ORDER by Judge Allen Sharp dismissing counts as to Charles Eugene Stewart. Count 2 dismissed pursuant to plea agreement (cc: all counsel) (saj) (Entered: 10/12/1999) |
| 10/08/1999 | 30 | JUDGMENT and Commitment issued to U.S. Marshal as to Charles Eugene Stewart by Judge Allen Sharp (cc: USM(4-cert), USA(2-cert), USPO(1-cert), Stewart, Rubin, Financial, Press Box, Order Book) (saj) (Entered: 10/12/1999) |
| 10/08/1999 | 31 | SENTENCING memorandum by Judge Allen Sharp as to Charles Eugene Stewart (cc: USM, USPO, USA, Rubin, Press Box, Order Book) (saj) (Entered: 10/12/1999) |
| 10/08/1999 | | (Court only) (Utility) terminating party Charles Eugene Stewart , case terminated (saj) (Entered: 10/12/1999) |
| 01/26/2000 | 32 | RETURN OF EXHIBITS from 3/11/99 detention hearing to the government, copy of exhibit list attached (saj) (Entered: 01/27/2000) |
| 02/10/2000 | 33 | ORDER by Judge Allen Sharp unsealing PSI reports and returning same to USPO (mjk) (Entered: 02/17/2000) |
| 03/29/2000 | 34 | CJA Form 20 (Attorney Payment Voucher) as to Charles Eugene Stewart in the amount of $ 318.50 approved by Hon.Allen Sharp (rmn) (Entered: 11/17/2000) |
| 04/14/2008 | 35 | ORDER TRANSFERRING JURISDICTION as to Charles Eugene Stewart upon the acceptance of jurisdiction by SD of California (San Diego). Signed by Judge Robert L Miller Jr on 4/14/08. (smp) (Entered: 04/15/2008) |
| 04/15/2008 | 36 | Letter from Clerk's office to SD of CA enclosing 2 signed copies of Transfer of Jurisdiction order. (smp) (Entered: 04/15/2008) |
| 06/23/2008 | 37 | Jurisdiction Transferred to Southern District of California as to Charles Eugene Stewart Transmitted Transfer of Jurisdiction form, with certified copies of judgment and docket sheet. (Case file in archives-indictment not available) (smp) (Entered: 06/25/2008) |